# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**　　　　　　　　　　　　　　　　　　　　　　　　**CIVIL SECTION**
**CLERK OF COURT**　　　　　　　　　　　　　　　　　　　　　　　　　**404-215-1655**

November 8, 2006

Tom Lawler, Clerk
Magistrate Court of Gwinnett County
75 Langley Dr. Room 1E350
Lawrenceville, GA  30045

　　　　Re:　*IDA, LLC v. Daniel O. Lewis*
　　　　　　　Your Case Number: 05-M-23140

Dear Mr. Lawler:

　　Enclosed is a certified copy of an order entered by this court in the above-styled action remanding said action to your court.

　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　James N. Hatten
　　　　　　　　　　　　　　　　　　Clerk of Court


　　　　　　　　　　　　　　　　By:　s/Andrea Gee
　　　　　　　　　　　　　　　　　　Deputy Clerk

Enclosure