Case: 1:06cv1557

Daniel O. Lewis
3040 Oak Hampton Way
Duluth, GA 30096

------------------------------------------------------------------

*************** ATTENTION ***************

If you are a bar member in good standing with the Northern District of Georgia
or a PHV attorney, electronic filing became mandatory for ALL attorneys
effective July 15, 2005.  Register now for an ECF userid and password.
Please visit http://www.gand.uscourts.gov to sign up as an ECF user.
You may also call 404-215-1600.

## Orders on Motions

### 1:06-cv-01557-JOF IDA, LLC v. Lewis et al

#### U.S. District Court

#### Northern District of Georgia

Notice of Electronic Filing

The following transaction was received from tcc entered on 11/8/2006 at 12:06 PM EST and filed on 11/7/2006

**Case Name:**       IDA, LLC v. Lewis et al
**Case Number:**     1:06-cv-1557
**Filer:**
**Document Number:** 6

**Docket Text:**
ORDER GRANTS the motion of the UnitedStates Postal Service to intervene [3] and GRANTS the United States Postal Service'smotion to vacate the default judgment [5]. The Clerk of the Court is DIRECTED toREMAND Civil Action No. 1:06-CV-1557-JOF to the Magistrate Court of Gwinnett County. Signed by Judge J. Owen Forrester on 11/7/2006. (tcc)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=11/8/2006] [FileNumber=1540556-0
] [0337ba5f38b976e9b8d02cc3a95cfc033288dd04c683c74588a38e769ca302b7dfe
66ef246bcf6af825dd9bffb5bd9590ab25e7bdff5e1d2ac26f9bdec908f77]]

**1:06-cv-1557 Notice will be electronically mailed to:**

Robert David Powell     R.David.Powell@usdoj.gov, maletha.lemons@usdoj.gov

**1:06-cv-1557 Notice will be delivered by other means to:**

IDA, LLC
c/o Registered Agent Larry W. Pearson
1855 Satellite Blvd
Suite 500
Duluth, GA 30097

Daniel O. Lewis
3040 Oak Hampton Way
Duluth, GA 30096

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, S.W.
ATLANTA, GEORGIA 30303 - 3361

OFFICIAL BUSINESS

JOF

FIRST CLASS

UNITED STATES POSTAGE

$ 00.87°

FORWARDING ORDER Expired
WAR

NOT DELIVERABLE
AS ADDRESSED,
UNABLE TO FORWARD

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 2 8 2006

JAMES N. HATTEN, Clerk
By:
Deputy Clerk